IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| KENNETH LEE ADAMS, | * |
| Plaintiff, | * |
| vs. | * |
| | CASE NO. 4:08-CV-83 (CDL) |
| LAWRENCE STEWART, et al., | * |
| Defendants. | * |
| | * |

ORDER ON RECOMMENDATION OF DISMISSAL BY
UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Recommendation of Dismissal filed by the United States Magistrate Judge on July 17, 2008 is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 20th day of October, 2008.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE